# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLITZ U.S.A., INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 11-13603 (PJW)<br><br>(Joint Administration Requested) |
| BLITZ U.S.A., INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TABITHA ALEXSON AS NATURAL GUARDIAN AND NEXT FRIEND FOR ETHAN GROOMS; JASMINE ALEXIS BALLEW, A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, KAREN BRITT PEELER AND JASMINE BALLEW; JERRY C. BARNETT AND DANIEL R. FULTON; MIGUEL BARRERA, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SIXIALFREDO BARRERA; LANDON BEADORE, BY AND THROUGH HIS PARENTS, PAUL BEADORE AND MELISSA WEEKS, AND MELISSA WEEKS, AND PAUL BEADORS, INDIVIDUALLY; CHRISTOPHER BOSSE; AMANDA BURCH, INDIVIDUALLY AND AS NEXT FRIEND AND NATURAL GUARDIAN FOR TIMOTHY BURCH; CHRISTOPHER DRONEY; JESSICA FENN AND JEREMIAH FENN, SR., INDIVIDUALLY AND ON BEHALF OF THEIR DECEASED SON AND DAUGHTER, JEREMIAH FENN, JR. AND JA'EL FENN; KAYLEE FREELAND, A MINOR; CHAD | Adv. Proc No. 11-53578 (PJW) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Blitz U.S.A., Inc. (8104); LAM 2011 Holdings, LLC (8742); Blitz Acquisition Holdings, Inc. (8825); Blitz Acquisition, LLC (8979); Blitz RE Holdings; LLC (9071); and F3 Brands, LLC (2604). The location of the Debtors' corporate headquarters and the Debtors' service address is: 404 26th Ave. NW, Miami, OK 74354.

| | |
|---|---|
| FUNCHESS; KAREN GUENIOT-KORNEGAY, INDIVIDUALLY, AND ON BEHALF OF ALL OF THE WRONGFUL DEATH BENEFICIARIES OF MATTHEW DYLAN KORNEGAY; WADE GUILFORD; ROBERT JACOBY; RANDALL JOHNSON; CARMEN LOPEZ AND SANTIAGO ROSA, GUARDIANS AD LITEM FOR JESUS SANTIAGO ROSA, CARMEN LOPEZ AND SANTIAGO ROSA IN THEIR OWN RIGHT, AND JESUS SANTIAGO ROSA, IN HIS OWN RIGHT; MARY JO PIERCE FOR B.P., A MINOR, BY HIS MOTHER AND NATURAL GUARDIAN; SHERRI PURVIS INDIVIDUALLY AND AS NEXT FRIEND AND NATURAL GUARDIAN FOR JAMES C. PURVIS; LORI SHICKEL, BOTH INDIVIDUALLY AND AS MOTHER AND NEXT FRIEND OF JORDAN SHICKEL, A MINOR; ROBYN SMITH, FOR DEVAN VANBRUNT, A MINOR, BY HIS MOTHER AND NATURAL GUARDIAN; STATE FARM LLOYDS, AS SUBROGEE OF ERIC AND TAMMY BALCH; DENNIES THORNTON, A MINOR, BY AND THROUGH HIS NEXT FRIEND AND FATHER, DAVID THORNTON; DYLAN J. TREVINO, A MINOR, SUING BY HIS NEXT FRIEND AND GUARDIAN, DIANA TREVINO, AND DIANA TREVINO, INDIVIDUALLY; KENNETH WARD AND CURTIS WARD; RICHARD L YIM, JR.; and JOHN DOES 1-1000,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AGENDA FOR FIRST DAY HEARING AND INDEX OF FIRST DAY PLEADINGS[2]

A. <u>Voluntary Petitions</u>:

    1.    Voluntary Petition of Blitz Acquisition Holdings, Inc.

    2.    Voluntary Petition of LAM 2011 Holdings, LLC

---

[2] Copies of all pleadings referenced herein are available at no charge online at the following address: www.kccllc.net/Blitz.

2

3.  Voluntary Petition of Blitz Acquisition, LLC

4.  Voluntary Petition of Blitz RE Holdings, LLC

5.  Voluntary Petition of Blitz U.S.A., Inc.

6.  Voluntary Petition of F3 Brands LLC

B.  Declaration of Rocky Flick, President and Chief Executive Officer of Blitz U.S.A., Inc., in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 13; Adv. Docket No. 2; Filed November 9, 2011]

C.  First Day Motions:

7.  Debtors' Motion for Entry of an Order Directing Joint Administration of Their Chapter 11 Cases [Docket No. 2; Filed November 9, 2011]

8.  Debtors' Motion for Entry of an Order Authorizing the Retention and Employment of Kurtzman Carson Consultants LLC as Notice and Claims Agent for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Docket No. 3; Filed November 9, 2011]

9.  Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Using the Cash Management System, (B) Maintain Existing Bank Accounts and Business Forms, and (C) Continue Intercompany Arrangements and (II) Granting Intercompany Claims Administrative Priority [Docket No. 4; Filed November 9, 2011]

10. Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries and Other Compensation and Reimbursable Expenses, (B) Pay and Honor Obligations Related to Employee Medical and Similar Benefits and (C) Continue Their Employee Medical and Similar Benefits [Docket No. 5; Filed November 9, 2011]

11. Debtors' Motion for Entry of an Order Authorizing the Debtors to Continue Prepetition Insurance Coverage [Docket No. 6; Filed November 9, 2011]

12. Debtors' Motion for Entry an Order Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees [Docket No. 7; Filed November 9, 2011]

13. Debtors' Motion for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services [Docket No. 8; Filed November 9, 2011]

14. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Maintain and Administer Customer Programs and Honor Prepetition Obligations Related Thereto [Docket No. 9; Filed November 9, 2011]

15. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing, but not Directing, the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors and (B) Lien Claimants and (II) Granting Certain Related Relief [Docket No. 10; Filed November 9, 2011]

16. Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing on a Senior Secured and Superpriority Basis, (B) Authorizing the Use of Cash Collateral, (C) Granting Adequate Protection to Certain Prepetition Secured Parties, (D) Granting Related Relief, and (E) Scheduling Final Hearing Thereon [Docket No. 14; Filed November 9, 2011]

D. Adversary Proceeding

I. Matters Requested to Go Forward:

17. Blitz U.S.A., Inc., *et al.*'s Motion for a Temporary Restraining Order and Preliminary Injunction Staying the PCGC Litigation and Future PCGC Actions Against Certain Third-Parties [Adv. Docket No. 4; Filed November 9, 2011]

II. Related Documents:

18. Verified Complaint for Declaratory and Injunctive Relief [Adv. Docket No. 1; Filed November 9, 2011]

19. Memorandum of Law in Support of Blitz U.S.A., Inc., *et al.*'s Motion for a Temporary Restraining Order and Preliminary Injunction Staying the PCGC Litigation and Future PCGC Actions Against Certain Third-Parties [Adv. Docket No. 5; Filed November 9, 2011]

20. Declaration of James R. King in Support of Blitz U.S.A., Inc., *et al.*'s Motion for a Temporary Restraining Order and Preliminary Injunction Staying The PCGC Litigation and Future PCGC Actions Against Wal-Mart, Inc. and Blitz's Other Retailers [Adv. Docket No. 3;- filed November 9, 2011]

21. Emergency Motion of Blitz U.S.A., Inc., *et al.* to Schedule an Expedited Hearing on Their Motion for a Temporary Restraining Order and Preliminary Injunction Staying the PCGC Litigation and Future PCGC Actions Against Certain Third Parties [Adv. Docket No. 6; Filed November 9, 2011]

RLF1 5558760v. 1

Dated: November 9, 2011
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

_/s/ Julie Finocchiaro_
Daniel J. DeFranceschi (DE No. 2732)
Michael J. Merchant (DE No. 3854)
Julie A. Finocchiaro (DE No. 5303)
Amanda R. Steele (DE No. 5530)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: DeFranceschi@rlf.com
   Merchant@rlf.com
   Finocchiaro@rlf.com
   Steele@rlf.com

*Proposed Counsel to the Debtors
and Debtors in Possession*