# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| BLITZ U.S.A., Inc., *et al.*[1] | ) Case No. 11-13603 (PJW) |
| Debtors. | ) (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

NOTICE IS HEREBY GIVEN pursuant to Section 1109(b) of Title 11 of the United States Code and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that the attorneys listed below hereby enter their appearance on behalf of BOKF, NA d/b/a Bank of Oklahoma, as DIP Agent and The F&M Bank & Trust Company and Citizens Security Bank and Trust Company, the DIP Lenders in these cases.  S

NOTICE IS FURTHER GIVEN that all notices given or required to be given in the above-captioned cases (including, but not limited to, all papers filed and served in all adversary proceedings in this case, and all notices mailed only to the statutory committees or their authorized agents and to creditors and equity security holders who file with the Court a request that all notices be mailed to them) be given to and served upon the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: LAM 2011 Holdings, LLC (8742); Blitz Acquisition Holdings, Inc. (8825); Blitz Acquisition, LLC (8979); Blitz RE Holdings, LLC (9071); Blitz U.S.A., Inc. (8104); and F3 Brands LLC (2604). The location of the Debtors' corporate headquarters and the Debtors' service address is: 404 26th Ave. NW Miami, OK 74354.

| | |
|---|---|
| Samuel S. Ory, Esquire<br>FREDERIC DOWART, LAWYERS<br>Old City Hall<br>124 East Fourth Street<br>Tulsa, OK 74103-5027<br>Telephone: (918) 583-9922<br>Facsimile: (918) 583-8251<br>SOry@fdlaw.com | Margaret M. Manning, Esquire<br>KLEHR HARRISON HARVEY<br>BRANZBURG LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 426-1189<br>Facsimile (302) 426-9193<br>mmanning@klehr.com |

NOTICE IS FURTHER GIVEN that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, that affect the above-captioned debtor or debtor-in-possession or the property of such debtor or the debtor's case.

Dated: November 9, 2011

KLEHR HARRISON HARVEY
BRANZBURG LLP

 /s/ Margaret M. Manning
Margaret M. Manning (PA Bar No. 4183)
919 Market Street, Suite 1000
Wilmington, DE 19801
mmanning@klehr.com
(302) 426-1189 (Telephone)
(302) 426-9193 (Facsimile)