**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| BLITZ USA, INC. *et al* | ) ) ) | Case No. 11-13603 (PJW) (Joint Administration Requested) |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

Wal-Mart Stores, Inc., an interested party, hereby requests that all notices given or required to be given in this case be given to and served upon its attorney-of-record as follows:

Charles B. Hendricks
CAVAZOS, HENDRICKS, POIROT & SMITHAM, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, Texas 75202-4425
Telephone (214) 573-7302
Facsimile (214) 573-7399
chuckh@chfirm.com

This request encompasses all notices and pleadings referred to in Section 1109(b) of Title 11, United States Code, or in Rules 2002, 3017, 9007, or 9010(b) of the Bankruptcy Rules, including, without limitation, notices of any orders, motions, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which affect or seek to affect the above case.

RESPECTFULLY SUBMITTED,

/s/ Charles B. Hendricks
Charles B. Hendricks
Texas Bar 09451050
CAVAZOS, HENDRICKS, POIROT & SMITHAM, P.C.
900 Jackson, Suite 570
Dallas, Texas 75202
Telephone (214) 573-7302
Facsimile (214) 573-7399
chuckh@chfirm.com

ATTORNEYS FOR WAL-MART STORES, INC.
AN INTERESTED PARTY

# CERTIFICATE OF SERVICE

This is to certify that on November 10, 2011, I served a true and correct copy of the foregoing **Notice of Appearance and Request for Notices and Pleadings** via electronic notice through the CM/ECF System.

/s/ Charles B. Hendricks
Charles B. Hendricks