# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BLITZ U.S.A., INC., *et al.*, | ) | Case No. 11-13603 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel to Alltrista Plastics LLC d/b/a Jarden Plastic Solutions ("Jarden") in the above-captioned Chapter 11 bankruptcy case, and, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010, requests that all notices given or required to be given in this bankruptcy case, and all papers served or required to be served in this bankruptcy case, be served on Jarden by and through service on the following:

> Mark E. Felger, Esq.
> COZEN O'CONNOR
> 1201 N. Market Street, Suite 1400
> Wilmington, DE 19801
> Telephone: (302) 295-2000
> Facsimile: (302) 295-2013
> Email: mfelger@cozen.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes, but is not limited to, all pleadings, orders, notices, and other papers referred to in any rule of the Federal Rules of Procedure and Local Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby further requests that the Debtors and their counsel, any duly-constituted committee(s) and their counsel, the United States Trustee, the Clerk of the Court, and all parties filing a notice of appearance herein place the name and address of the undersigned on any mailing matrix to be prepared or existing in the above-referenced bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that, this Notice of Entry of Appearance and Request for Service of All Notices and Papers (the "Notice") or any later appearance, pleading, proof of claim, claim, or suit is not intended to be, and shall not constitute, a waiver of Jarden's (i) right to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (ii) right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) right to have the United States District Court for the District of Delaware withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) right to assert any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (v) right to any election of remedies; or (vi) any other rights, claims, actions, defenses, setoffs or recoupments to which Jarden is or may be entitled under any agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Jarden expressly reserves.

Dated: November 11, 2011

COZEN O'CONNOR

Mark E. Felger (No. 3919)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 292-2000
Facsimile: (302) 295-2013

*Counsel to Alltrista Plastics LLC
d/b/a Jarden Plastic Solutions*

2