# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

_____
                                    )
In re:                              )
                                    )  Chapter 11
BLITZ USA, INC., *et al.,*          )  Case No. 11-13603 (PJW)
                                    )  (Joint Administration Requested)
            Debtors.                )
_____)

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

Shook, Hardy & Bacon L.L.P., an interested party, requests that all notices given or required to be given and all papers served or required to be served in this case be given to and served on:

> Mark Moedritzer
> Missouri Bar #34687
> Shook, Hardy & Bacon L.L.P.
> 2555 Grand Blvd.
> Kansas City, MO  64108
> 816.474.6550
> 816.421.5547 (fax)
> mmoedritzer@shb.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities that (i) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, including Shook, Hardy & Bacon L.L.P., with respect to (a) any of the debtors, (b) property of any of the debtors and/or their estates or proceeds thereof in which any of the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody or control of others that

any of the debtors may seek to use; or (ii) requires or seeks to require any act, delivery of any property, payment or any other conduct by Shook, Hardy & Bacon L.L.P.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearance, pleading, claim or suit on behalf of Shook, Hardy & Bacon L.L.P. shall waive (i) the right of Shook, Hardy & Bacon L.L.P. to have final orders in noncore matters entered only after *de novo* review by a United States District Court Judge; (ii) the right of Shook, Hardy & Bacon L.L.P. to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (iii) the right of Shook, Hardy & Bacon L.L.P. to have the United States District Court withdraw the reference in any matter related to this case; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Shook, Hardy & Bacon L.L.P. is or may be entitled under any agreements, in equity, or under any applicable law or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments Shook, Hardy & Bacon L.L.P. expressly hereby asserts and preserves in these cases

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By    /s/ Mark Moedritzer
      Mark Moedritzer, MO #34687
2555 Grand Boulevard
Kansas City, Missouri  64108-2613
816/474-6550
FAX 816/421-5547

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of November, 2011, a true and correct copy of the above and foregoing was forwarded via CM/ECF notification on all parties receiving such notification.

/s/ Mark Moedritzer
Attorney for Shook, Hardy & Bacon L.L.P.
