# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLITZ U.S.A., Inc., et al.,[1] | Case No. 11-13603 (PJW) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 2005, 2007, 2008, 2014 and 2152 |

### NOTICE OF (A) ENTRY OF ORDER CONFIRMING DEBTORS' AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS' FIRST AMENDED JOINT PLAN OF LIQUIDATION, AND (B) BAR DATES FOR FILING ADMINISTRATIVE EXPENSE CLAIMS AND REJECTION DAMAGES CLAIMS

**TO:    ALL PARTIES IN INTEREST**

**PLEASE TAKE NOTICE THAT:**

On January 30, 2014, the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") entered its Order Confirming Debtors' and Official Committee of Unsecured Creditors' First Amended Joint Plan of Liquidation (the "**Confirmation Order**"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the Debtors' and Official Committee of Unsecured Creditors' First Amended Joint Plan of Liquidation, dated December 18, 2013 (the "**Plan**").

Copies of this Confirmation Order and the Plan may be obtained by accessing http://www.kccllc.net/Blitz

The Plan will become effective in accordance with its terms on the date on which all conditions to the effective date of the Plan as set forth in section 11.2 of the Plan have been satisfied or waived as provided in section 11.5 of the Plan (the "**Effective Date**"). The Blitz Liquidating Trustee will file a notice of the occurrence of the Effective Date with the Bankruptcy Court, mail a copy thereof to all parties on the Master Service List maintained in these cases, and post a copy at http://www.kccllc.net/Blitz

In accordance with section 2.3 of the Plan, other than (a) Administrative Expense Claims for which the Bankruptcy Court established a previous Bar Date, including 503(b)(9) Claims and Administrative Expense Claims arising during the period commencing on the Petition Date and continuing through and including July 13, 2012, which were subject to a Bar Date of July 13, 2012, and (b) Fees of Bankruptcy Professionals, any and all requests for payment or proofs of Administrative Expense Claims must be filed with the Bankruptcy Court no later than the first Business Day that is at

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: LAM 2011 Holdings, LLC (8742); Blitz Acquisition Holdings, Inc. (8825); Blitz Acquisition, LLC (8979); Blitz RE Holdings, LLC (9071); Blitz U.S.A., Inc. (8104); and MiamiOK LLC (2604). The location of the Debtors' corporate headquarters and the Debtors' service address is: 309 North Main Street, Miami, OK 74354.

least forty-five (45) days after the Effective Date, unless otherwise ordered by the Bankruptcy Court. Objections to any Administrative Expense Claims must be filed by the first Business Day that is seventy-five (75) days after the Effective Date, which objection date may be extended by application to the Bankruptcy Court.

In accordance with section 8.2 of the Plan, if the rejection of a contract or lease pursuant to any provision of the Plan results in a Claim by the non-Debtor party or parties to such contract or lease, such Claim shall be forever barred and shall not be enforceable against the Estates, the Blitz Liquidating Trust, the Blitz Personal Injury Trust, their successors or properties, unless a Proof of Claim is filed and served on Blitz Liquidating Trustee or the BAH Plan Administrator, as applicable, within thirty (30) days of the notice of entry of the Confirmation Order.

As required by paragraph 55 of the Confirmation Order and the Blitz Personal Injury TDP, all materials required by the Personal Injury POC form (including medical records and expert reports) and any materials to be considered in support of a Special Circumstances claim must be sent electronically by the holders of Blitz Personal Injury Claims to the Blitz Personal Injury Trust, at blitzclaim@litigationkc.com, dhaltiwanger@rpwb.com and adr@richardcohen.net so as to be received on or before February 28, 2014 by 5:00 p.m. Central Standard Time. Materials received after this time will not be considered by the Blitz Personal Injury Trust.

Dated: February 3, 2014

| | | |
|---|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.**<br>Daniel J. DeFranceschi<br>Michael J. Merchant<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br><br>*Counsel to Blitz Acquisition, LLC, Blitz RE Holdings, LLC, Blitz U.S.A., Inc. and MiamiOK LLC (f/k/a F3 Brands LLC)* | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Sean M. Beach<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br><br>*Counsel for LAM 2011 Holdings, LLC and Blitz Acquisition Holdings, Inc.* | **WOMBLE CARLYLE SANDRIDGE & RICE, LLP**<br>Francis A. Monaco, Jr.<br>222 Delaware Avenue, Suite 1501<br>Wilmington, Delaware 19801<br>  -and-<br><br>**LOWENSTEIN SANDLER LLP**<br>Jeffrey D. Prol, Esq.<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br><br>*Counsel to the Official Committee of Unsecured Creditors* |